

**Clayman & Rosenberg** LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Brian D. Linder
Partner
linder@clayro.com

December 30, 2019

BY ECF AND FACSIMILE

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6737

SO ORDERED

DEC 3 0 2019

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re: Travel Request for Aron Fried
1:19-cr-00802-GBD-2

Dear Judge Daniels:

I represent defendant Aron Fried in connection with the above-referenced indictment. I am writing to request that the Court modify Mr. Fried's travel restrictions to permit him to attend a "Shabbaton" Shabbat retreat with his family in Stamford, Connecticut from January 3-5, 2020. AUSA Sagar K. Ravi has advised me that he has no objection to this request. Mr. Fried's pretrial services officer has advised that she takes no position on this request other than to request that Mr. Fried notify pretrial services upon his return home.

Mr. Fried was released on an unsecured $500,000 PRB on November 12, 2019 with travel restricted to the Southern and Eastern Districts of New York, the District of New Jersey, and the Eastern District of Pennsylvania. Mr. Fried is seeking permission to travel to Connecticut on Friday January 3, 2020 and returning to his home in New Jersey on Sunday January 5, 2020. Mr. Fried will be attending a "Shabbaton" Shabbat retreat with his family at the Crown Plaza Hotel in Stamford, Connecticut. As noted, the government has no objection to this request.

Accordingly, I respectfully request that the Court modify Mr. Fried's bail restrictions as outlined herein.

Respectfully submitted,

Brian D. Linder

Hon. George B. Daniels
December 30, 2019
Page 2

cc: (via email)

    AUSA Sagar K. Ravi
    Dominique Jackson, Pretrial Services SDNY
    Nicholas Zotti, Pretrial Services DNJ