

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2020

**BY ECF and FACSIMILE**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-6737

      Re:   *United States v. Mendel Zilberberg and Aron Fried*, 19 Cr. 802 (GBD)

Dear Judge Daniels:

    The Government respectfully requests that the Court sign and enter the proposed amended protective order attached hereto as Exhibit A to govern the production of certain discovery materials in this case, in order to address additional requirements of the Federal Deposit Insurance Corporation ("FDIC").  The proposed amended protective order has been executed by the Government as well as counsel for each defendant.

                                         Respectfully submitted,

                                         GEOFFREY S. BERMAN
                                         United States Attorney

                    By:   */s/ Kimberly J. Ravener*
                           Kimberly J. Ravener
                           Sagar K. Ravi
                           Assistant United States Attorneys
                           (212) 637-2358 / 2195