**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                         :
                                                   :
                                                   :
        -against-                                  :                    ORDER
                                                   :
                                                   :            19 Cr. 802-2 (GBD)
ARON FRIED,                                         :
                                                   :
                        Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The April 28, 2020 conference is adjourned to August 4, 2020 at 10:00 a.m.


Dated: New York, New York                    SO ORDERED.
       March 24, 2020

_George B Daniels_
GEORGE B. DANIELS
United States District Judge