

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

May 6, 2020

Hon. George Daniels
United States Courthouse
500 Pearl Street
New York, N.Y. 10007
BY ECF

Re: <u>United States v. Aron Fried</u>
19 Crim. 809 (GBD)

Dear Judge Daniels:

    We are the attorneys for Aron Fried, the above named defendant. I am writing to seek permission for Mr. Fried to travel to Florida.

    As your honor may recall, in March we sought permission for Mr. Fried to go to Florida for Passover. Your honor granted that request, but Mr. Fried cancelled his trip and remained in New Jersey for the holiday. Instead, his wife and children went to Florida last weekend and he would like to join them. If permission is granted, he intends to fly to Florida on May 8, 2020 and return to New York on May 17, 2020.

    Ravi Sagar, one of the prosecutors assigned to this matter, has no objection to this request. Dominique Jackson has indicated that Pre-Trial Services takes no position.

    Thank you for your attention to this matter.

Very truly yours,

Isabelle A. Kirshner