



305 Madison Avenue  
New York, NY 10165  
T: 212-922-1080  
F: 212-949-8255  

Isabelle A. Kirshner  
Partner  
kirshner@clayro.com  

February 8, 2021

BY ECF  
Hon. George Daniels  
United States Courthouse  
500 Pearl Street  
New York, N.Y. 10013  

SO ORDERED:

*/s/ George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: **FEB 1 0 2021**

Re: <u>United States v. Aron Fried</u>,  
19 Crim. 802 (GBD)

Dear Judge Daniels:

We are the attorneys for Aron Fried, the above-named defendant. I am writing to seek permission for Mr. Fried to travel to Florida for the Passover holidays. If permission is granted, Mr. Fried will fly to Orlando, Florida on March 24, 2021 and return to New York on April 6, 2021. While in Florida, Mr. Fried and his family will stay at a rental property located at 681 Sticks Street, Champions Gate Davenport, Orlando, Florida.

I have communicated with Pre-Trial Services, who takes no position on this request. AUSA Kimberly Ravener, one of the prosecutors assigned to this matter, has no objection to the request. She has asked that Mr. Fried provide his travel schedule to Pre-Trial Services.

Thank you for your attention to this matter.

Very truly yours,  
/s/  
ISABELLE A. KIRSHNER

cc: AUSA Kimberly Ravener (By ECF)