USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 16 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG and ARON FRIED,

    Defendants.

------------------------------------- x

ORDER

19 Cr. 802-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the letter motion at ECF No. 60.

Dated: New York, New York
      February 16, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge