UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

      -against-

MENDEL ZILBERBERG and ARON FRIED,

      Defendants.

------------------------------------ x

ORDER

19 Cr. 802-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for November 15, 2022, at 10:00 a.m.

Dated: New York, New York
      November 14, 2022

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge