Clayman Rosenberg
Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

May 10, 2023

**SO ORDERED:**

*George B Daniel* (signature)
George B. Daniels, U.S.D.J.
Dated: MAY 11 2023

Hon. George Daniels
United States Courthouse
500 Pearl Street
New York, NY 10013
BY ECF

Re: <u>United States v. Aron Fried</u>
19 Crim. 809 GBD

Dear Judge Daniels:

We are counsel for Aron Fried, the above-named defendant. I am writing to request permission for Mr. Fried to travel to Sunny Isles, Florida. He would like to leave New Jersey on March 21, 2023 and return home on March 30, 2023. He intends to stay with family at their home at 18911 Collins Avenue, Sunny Isles. He has yet to book airline tickets, as he is awaiting the Court's approval of this request.

AUSA Dina McCleod has no objection to this request. Mr. Fried is supervised by Pretrial Services in New Jersey. Todd Jones, the officer who supervises him, is out of the office until May 30, 2023, but they have not opposed any travel requests in the past. Mr. Fried will provide his itinerary to N.J. Pretrial Services after he books his flights and prior to his departure.

Thank you for your attention to this matter.

Very truly yours,
/s/
ISABELLE A. KIRSHNER

cc: Counsel (By ECF)