**Clayman Rosenberg Kirshner & Linder LLP**

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAY 11 2023

May 11, 2023

Hon. George Daniels
United States Courthouse
500 Pearl Street
New York, NY 10013
BY ECF

Re: United States v. Aron Fried
19 Crim. 802 (GBD)

Dear Judge Daniels:

We are the attorneys for Aron Fried, the above-named defendant. Yesterday, I submitted a letter to the Court requesting permission for Mr. Fried to travel to Florida, which the Court approved. I mistakenly identified the dates of travel as March 2023. The correct dates of Mr. Fried's trip are May 21 thru May 30, 2023.

I am writing to correct my prior request and to assure that Mr. Fried has no issues with the request that the Court has already granted.

Thank you for your attention to this matter.

Very truly yours,
/s/
ISABELLE A. KIRSHNER

cc: Counsel (By ECF)