# Clayman Rosenberg Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

August 16, 2023

Hon. George Daniels
United States Courthouse
500 Pearl Street
New York, NY 10013
BY ECF

SO ORDERED:
/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: AUG 17 2023

Re: United States v. Aron Fried
19 Crim. 802 (GBD)

Dear Judge Daniels:

We are the attorneys for Aron Fried, the above-named defendant. I am writing to request a delay in his scheduled surrender date of September 1, 2023 until October 10, 2023.

On April 18, 2023, your honor sentenced Mr. Fried to a term of imprisonment of 12 months and one day and designated September 1, 2023 as the date for his surrender to the Bureau of Prisons. To date, Mr. Fried has not been designated to a BOP facility. If he is permitted to remain at liberty, he will be able to observe the Jewish High Holidays, Rosh Hashana and Yom Kippur, as well as the holidays of Simchat Torah and Sukkot with his family. The holidays conclude by October 9, 2023. In addition, as your honor may recall, Mr. Fried suffers from bone cancer and requires scans every three months to properly monitor his condition. If he is permitted to stay at liberty until October, he will be able to undergo an additional scan prior to his imprisonment.

AUSA Daniel Nessim has no objection to this request.

Thank you for your attention to this matter.

Very truly yours,

/s/
ISABELLE A. KIRSHNER