Clayman Rosenberg
Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

December 21, 2023

Hon. George Daniels
United States Courthouse
500 Pearl Street
New York, NY 10013
BY ECF

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 0 3 2024

Re: <u>United States v. Aron Fried</u>
19 Crim. 802 (GBD)

Dear Judge Daniels:

We are the attorneys for Aron Fried, a defendant named in the above-entitled matter. I am writing to request that the Court issue an order directing Pre-Trial Services to release Mr. Fried's passport to his son Jeremy.

As you recall, Mr. Fried was sentenced to a year and a day and is currently incarcerated at F.C.I. Otisville and is scheduled for release in August 2024. He surrendered his passport when he was arrested in November, 2019 and it should be in the possession of Pre-Trial Services. They require an order from the Court to release it.

Earlier this week, I reached out to Ms. Ravener and Ms. McLeod regarding this request, but have not heard back from them. I'd like to have the Court act upon this request before the upcoming holidays.

Thank you for your attention to this matter and best wishes for a happy and healthy New Year.

Very truly yours,

/s/
ISABELLE A. KIRSHNER